IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


PATRICIA ANN MAYNOR,

        Plaintiff,

v.                                                                                  3:11cv109-WS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 2, 2012.  See Doc. 24.  The magistrate judge recommends that the Commissioner pay to the plaintiff $2,156.25 in attorney's fees and expenses pursuant to 28 U.S.C. § 2412(d).  No objections to the magistrate judge's report and recommendation have been filed.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 24) is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motion (doc. 22) for attorney's fees and costs is GRANTED.

3.  The Commissioner shall pay the plaintiff, Patricia Ann Maynor, $2,156.25 as a reasonable attorney's fee and expenses under EAJA.

DONE AND ORDERED this      17th      day of      July     , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE